■ JESSIE B. JACKSON, JR., Respondent, v JAMES A. SCHWAB et al., Appellants. [960 NYS2d 680]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered November 15, 2011. The order, insofar as appealed from, denied in part the motion of defendants for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on November 9, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Whalen and Martoche, JJ.